IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-221-RJC-DCK

| NESIA AMAR, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BANK OF AMERICA CORPORATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Substitute Bank Of America, N.A. As Defendant" (Document No. 9) filed May 10, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Substitute Bank Of America, N.A. As Defendant" (Document No. 9) is **GRANTED**. The Clerk's Office is respectfully directed to substitute Bank of America, N.A. as Defendant.

**SO ORDERED**.

Signed: May 11, 2023

David C. Keesler
United States Magistrate Judge